No. 116, Misc.   DRAPER v. REILLY, SHERIFF, ET AL.
C. A. 9th Cir.   Certiorari denied.

No. 118, Misc.   SCHUMANN v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.   Petitioner pro se.   Solicitor
General Cox for the United States.

No. 121, Misc.   BUTLER v. UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   Petitioner pro se.   Solicitor General Cox for the United States.

No. 122, Misc.   JOHNSON v. PENNSYLVANIA BOARD OF
PAROLE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 124, Misc.   DAVIS v. TEXAS.   Court of Criminal
Appeals of Texas.   Certiorari denied.

No. 126, Misc.   ERENREICH v. UNITED STATES.   Court
of Claims.   Certiorari denied.   John Silard for petitioner.   Solicitor General Cox, Assistant Attorney General Douglas and Alan S. Rosenthal for the United States.

No. 128, Misc.   WALKER v. KENTUCKY.   Court of
Appeals of Kentucky.   Certiorari denied.

No. 129, Misc.   STELLO v. UNITED STATES.   Court of
Claims.   Certiorari denied.   Petitioner pro se.   Solicitor
General Cox, Assistant Attorney General Douglas, Morton Hollander and J. F. Bishop for the United States.

No. 130, Misc.   WILLIAMS v. UNITED STATES.   C. A.
2d Cir.   Certiorari denied.   Joseph I. Stone for petitioner.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Ronald L. Gainer
for the United States.